UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                Index # 08-CV-02864

   -against-

                                        **CERTIFICATE OF SERVICE**

TIJUANA CABARET CORP.
d/b/a EL TIJUANA
and PEDRO F. MARADIAGA
and PILAR ROMERO
                Defendants,
_____

      I certify that a copy of THE Notice Of Case Management And Scheduling Conference was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on April 17, 2008:

To:    Tijuana Cabaret Corp.
        d/b/a El Tijuana
        1922 Webster Avenue
        Bronx, NY 10457

        Pedro F. Maradiaga
        1922 Webster Avenue
        Bronx, NY 10457

        Pilar Romero
        1922 Webster Avenue
        Bronx, NY 10457


                    By:    /s/ Lucille Eichler
                               Lucille Eichler
                               Paul J. Hooten & Associates
                               5505 Nesconset Highway, Suite 203
                               Mt. Sinai, NY 11766