UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08-CV-2864 (MGC)

J & J SPORTS PRODUCTIONS, INC.
    Plaintiff

against

~~Notice~~ STIPULATION
Notice
DISCONTINUING
ACTION

TIJUANA CABARET CORP
d/b/a EL TIJUANA
PEDRO F. MARADIAGA
PILAR ROMERO
    Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of record for the plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 7/24/08

_____
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

**SO ORDERED:**

_____
Miriam Goldman Cedarbaum
United States District Judge
July 31, 2008

Case Closed